

## NUMBER 13-15-00155-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FRED NICOLAS GONZALEZ,                                            **Appellant,**

**v.**

THE STATE OF TEXAS,                                                 **Appellee.**

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

## O R D E R

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Currently pending before the Court is appellant's pro se motion for access to the appellate record. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). Accordingly, we GRANT appellant's motion and it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully

examine the appellate record on or before the expiration of thirty days from the date of this order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.   *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).   We also GRANT appellant's motion for extension of time to file pro se brief.   Appellant shall have forty five (45) days from the day the appellate record was first made available to him to file his pro se brief with this Court.   The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of April, 2016.